# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PENNSYLVANIA NATIONAL MUTUAL CASUALTY INSURANCE COMPANY, | : : : |
| | : Case No.: 1:21-cv-00437MAK |
| Plaintiff, | : : |
| v. | : : |
| ZONKO BUILDERS, INC., a Delaware Corporation, and SALT MEADOWS HOMEOWNERS ASSOCIATION, Inc. | : : : : : |
| Defendants. | : |

## PLAINTIFF'S RULE 26A DISCLOSURES

1. **The name and present or last known residential and employment address and telephone number of each persons who have discoverable information**.

**ANSWER**: This is a Declaratory Judgment Action regarding coverage under a general liability and umbrella insurance policy. The only relevant information is the policy and the Complaint. To the extent any personal has discoverable information, Plaintiff identifies all the parties, lay witnesses and expert witnesses identified in the underlying State Court action.

2. **Description of all documents used to support the Claim.**

**ANSWER**: This is a Declaratory Judgment Action regarding coverage under a general liability and umbrella insurance policy. Defendant is already in possession of the policy and complaint. Plaintiff will provide any other relevant policy related documentation as requested.

3. **Computation of damages.**

**ANSWER**: N/A. Plaintiff is seeking Declaratory Judgment and not damages.

4. **Description of any insurance policy, including excess coverage, that is or may be applicable to the litigation.**

**ANSWER**: All policy documents have been provided to counsel for Defendant Salt Meadows. Defendant is already in possession of the policy and complaint. Plaintiff will provide any other relevant policy related documentation as requested.

REGER RIZZO & DARNALL LLP
*/s/ Arthur D. Kuhl, Esquire*
Arthur D. Kuhl, Esquire (#3405)
Brandywine Plaza West
1521 Concord Pike, Suite 305
Wilmington, DE  19803
Phone: (302) 477-7100
Attorney for Plaintiff

Dated: June 21, 2021

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PENNSYLVANIA NATIONAL MUTUAL CASUALTY INSURANCE COMPANY, | : : : |
| | : Case No.: 1:21-cv-00437MAK |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| ZONKO BUILDERS, INC., a Delaware Corporation, and SALT MEADOWS HOMEOWNERS ASSOCIATION, Inc. | : : : : |
| | : |
| Defendants. | : |

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify on this 21st day of June, 2021 that a copy of Plaintiff's Rule 26A Disclosures has been served electronically through PACER upon all counsel of record.

                                                   REGER RIZZO & DARNALL LLP

                                                   */s/ Arthur D. Kuhl, Esquire*
                                                   Arthur D. Kuhl, Esquire (#3405)
                                                   Brandywine Plaza West
                                                   1521 Concord Pike, Suite 305
                                                   Wilmington, DE  19803
                                                   Phone: (302) 477-7100
                                                   Attorney for Plaintiff

Dated: June 21, 2021