**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| PENNSYLVANIA NATIONAL MUTUAL CASUALTY INSURANCE COMPANY, Plaintiff, v. ZONKO BUILDERS, INC, a Delaware Corporation, and SALT MEADOWS HOMEOWNERS ASSOCIATION, INC., Defendants. | C.A. No. 21-0437-MAK |

## <u>NOTICE OF SERVICE</u>

The undersigned counsel hereby certifies that a true and correct copy of the **Initial Disclosures of Defendant Salt Meadows Homeowners Association, Inc. Pursuant to Federal Rule of Civil Procedure 26(a)(1)** were caused to be served on June 21, 2021, upon the following counsel via electronic mail:

Arthur D. Kuhl, Esquire
REGER RIZZO & DARNALL LLP
Brandywine Plaza West
1521 Concord Pike #305
Wilmington, DE 19803
akuhl@regerlaw.com

*Counsel for Plaintiff Pennsylvania National Mutual Casualty Insurance Company*

ME1 36789547v.1

DATED:  June 21, 2021                MCCARTER & ENGLISH, LLP

                                     */s/ Shannon D. Humiston*
                                     Daniel M. Silver (No. 4758)
                                     Shannon D. Humiston (No. 5740)
                                     405 N. King Street, 8th Floor
                                     Wilmington, DE 19801
                                     (302) 984-6300
                                     dsilver@mccarter.com
                                     shumiston@mccarter.com

                                     *Of Counsel*

                                     Brett D. Kahn
                                     Four Gateway Center
                                     100 Mulberry St.
                                     Newark, NJ 07102
                                     (973) 622-4444
                                     bkahn@mccarter.com

                                     *Counsel for Defendant Salt Meadows
                                     Homeowners Association, Inc.*