# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **PENNSYLVANIA NATIONAL MUTUAL CASUALTY INSURANCE COMPANY** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 21-437-MAK |
| | : | |
| **ZONKO BUILDERS, INC.**, *et al.* | : | |

# ORDER

**AND NOW**, this 9th day of August 2021, upon considering Plaintiff's noncompliant Motion for judgment on the pleadings (ECF Doc. No. 32), it is **ORDERED** Plaintiff's Motion (ECF Doc. No. 32) is **STRICKEN** without prejudice to move for relief compliant with our Policies on motions (IV. A.).

_____
**KEARNEY, J.**