# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **PENNSYLVANIA NATIONAL MUTUAL CASUALTY INSURANCE COMPANY** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 21-437-MAK** |
| | : | |
| **ZONKO BUILDERS, INC.,** *et al.* | : | |

# ORDER

**AND NOW**, this 13th day of September 2021, upon reviewing the parties' Responses (D.I. 45, 46) to our September 7, 2021 Order (D.I. 43) requiring the parties to show cause as to why this matter remains ripe after finding Plaintiff never stopped providing a defense in the state court but the alleged duty to indemnify is not ripe, and the Plaintiff's Response is only asking us to keep a case open out of "an abundance of caution" which does not suffice for constitutional standing, it is **ORDERED** the Clerk of Court shall **close** this case without prejudice to a party to seek relief based on then-existing facts without prejudice.

                                                                    _____
                                                                    **KEARNEY, J.**